UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS, | No. 2:13-cv-2251 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| STOCKTON POLICE DEP'T, ET AL., | |
| Defendants. | |

    Plaintiff is proceeding in this action in pro per and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to the undersigned pursuant to Local Rule 302(a), pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).  Accordingly, the request to proceed in forma pauperis will be granted.

    The determination that plaintiff may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

    Good cause appearing, IT IS ORDERED that:

1

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is granted.

2. Service is appropriate for the following defendants: Stockton Police Department, Bruce Morris, J. Hughes, John McLaughlin, Thomas Heslin, GK7 Inc. (dba Technique Towing / Advanced Automotive), Samual Gramajo, and Donata Gramajo.

3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.

5. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons for each defendant;

    b. One completed USM-285 form for each defendant;

    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

    d. One copy of this court's status order for each defendant; and

    e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

////

////

////

1  8. Failure to comply with this order may result in a recommendation that this action be
2  dismissed.
3  DATED: March 4, 2014

1   8.  Failure to comply with this order may result in a recommendation that this action be
2   dismissed.
3   DATED: March 4, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE