UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS, | No. 2:13-cv-2251 LKK AC PS |
| Plaintiff, | |
| v. | ORDER |
| STOCKTON POLICE DEP'T, ET AL., | |
| Defendants. | |

On March 5, 2014, plaintiff's application to proceed in forma pauperis was granted; the Clerk of the Court was directed to serve documents plaintiff with one USM-285 form for each defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order; and plaintiff was directed to submit documents necessary for service to the United States Marshal within 15 days from the date of the order.

Presently pending before the court is plaintiff's April 3, 2014 motion for extension of time to complete service. ECF No. 8. Review of plaintiff's motion reveals that the Clerk's Office inadvertently failed to send plaintiff the documents necessary for service, an error that was corrected by the Clerk of the Court on April 8, 2014. See ECF No. 9.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 3, 2014 motion for extension of time (ECF No. 8) is granted;

2. The U.S. Marshal is directed to serve within ninety days of the date of this order, all

process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.

   3. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

   a. One completed summons for each defendant;

   b. One completed USM-285 form for each defendant;

   c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

   d. One copy of this court's status order for each defendant; and

   e. One copy of the instant order for each defendant.

   4. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

   5. The Clerk of the Court is directed to serve a copy of this amended service order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

   6. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: April 11, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE