UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS, | No. 2:13-CV-02251-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| STOCKTON POLICE DEPT., ET AL., | |
| Defendants. | |

The court hereby vacates the Scheduling/Status Conference currently set for October 8, 2014, due to the fact that defendants were never served with the initial scheduling order or the minute order continuing the conference to October 8, 2014.  The Scheduling/Status Conference is now RESET for December 10, 2014, at 10:00 AM in Courtroom 26 (AC) before Magistrate Judge Allison Claire.

Additionally, in its September 3, 2014 order to show cause (ECF No. 22), the court neglected to ensure the service of the order on defendants Stockton Police Department, J. Hughes, Bruce Morris, John McLaughlin, and Thomas Heslin (collectively, "Stockton Defendants"), who have yet to appear in this case.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to serve the instant order and the following additional documents upon the Stockton Defendants using their last known address: 22 East Weber, Stockton, California 95202 (see ECF No. 18):

1. Order Setting Status Conference (ECF No. 6);[1]

2. Order to Show Cause (ECF No. 22).

IT IS SO ORDERED.

DATED: October 1, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Because plaintiff has declined to proceed before the United States Magistrate Judge, ECF No. 11, the Clerk need not include the referenced consent forms.

2