UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-02251-TLN-AC<br><br><br>ORDER |

　　　　This action was referred to the undersigned pursuant to Local Rule 302(c)(21).  On December 3, 2014, defendants the Stockton Police Department, Bruce Morris, J. Hughes, and Thomas Heslin ("City Defendants") filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  ECF No. 30.  No opposition to the motion to dismiss has been filed.  On December 31, 2014, the City Defendants filed a notice requesting that their motion to dismiss be granted based on plaintiff's failure to file an opposition in violation of Federal Rule of Civil Procedure 78 and Local Rule 230(c).  Id.

　　　　Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 230(j) provides that

failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

    Good cause appearing, IT IS HEREBY ORDERED that:

    1.  The hearing date of January 7, 2015, is vacated.  Hearing on the City Defendants' motion to dismiss is continued to February 11, 2015 at 10:00 a.m. in Courtroom No. 26.

    2.  Plaintiff shall file opposition, if any, to the motion to dismiss, no later than January 28, 2015.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  January 5, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/will2251.13.nonopp.mab