UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS,<br><br>                    Plaintiff,<br><br>          v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>                    Defendants. | No.  2:13-cv-02251-TLN-AC<br><br><br>ORDER |

    This matter is before the undersigned pursuant to Local Rule 302(c)(21).  Plaintiff filed

her complaint in pro per on October 29, 2013.  ECF No. 1.  Defendants Samual Gramajo and

Donata Gramajo filed an answer on August 13, 2014, that was also signed by Otto Noe Gramajo.

ECF No. 17.  Otto Noe Gramajo seemed to be attempting to sign on behalf of defendant GK7,

Inc., however, a search of the State Bar of California's website reveals that Otto Noe Gramajo is

not an attorney licensed to practice in this state.  Local Rule 183(a) requires that corporations and

other entities be represented by an attorney.  Since GK7, Inc. is a "corporation or other entity," all

of its filings must be signed by a licensed attorney representing it.  Accordingly, THE COURT

HEREBY ORDERS that:

    1.    Defendants GK7, Inc., Donata Gramajo, and Samual Gramajo's answer filed on

August 13, 2014, is STRICKEN; and

1

1    2.    Defendants GK7, Inc., Donata Gramajo, and Samual Gramajo must file an

2   amended answer within thirty (30) days of the service of this order.  If that amended answer is

3   filed on behalf of GK7, Inc. it must be signed by an attorney licensed to practice the law in this

4   state.

5   DATED: February 5, 2015

6   _____
    ALLISON CLAIRE
7   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28